# Court of Appeals
# of the State of Georgia

ATLANTA,  August 13, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0018.  MAURICE MWENDA MAORE v. THE STATE.**

Maurice Mwenda Maore filed a pro se petition in the Supreme Court, which ascertained no basis for its jurisdiction and transferred the matter to this Court. See Case No. S25O1339 (Aug. 12, 2025).

In his petition, Maore seeks relief directly from the appellate court. He asserts that three felony arrest warrants have been issued against him, and he seeks a declaration that the warrants are void in light of due process and probable cause principles.

Challenges to the validity of an arrest warrant are typically raised as part of the criminal proceeding.[1] Pretermitting whether a separate action is an appropriate avenue for Maore to raise these challenges to the arrest warrants, we lack jurisdiction to grant the relief he seeks. Georgia's appellate courts have jurisdiction to issue writs of mandamus or prohibition, but as our Supreme Court recently explained, "it will be an 'extremely rare' circumstance that would require a party to seek a writ of mandamus in [an appellate court] in the first instance[.]"[2] Indeed, we are authorized to issue such relief "only in matters related to an appeal or impending appeal, when necessary in aid of appellate jurisdiction or to protect or effectuate appellate court judgments."[3] The

---

[1] See *Williams v. State*, 298 Ga. 538, 540-541 (4) (783 SE2d 594) (2016).

[2] *Arnold v. Alexander*, 321 Ga. 330, 335 (1) n.6 (914 SE2d 311) (2025).

[3] Id. at 335 (1).

present case is not one of those extremely rare circumstances. Accordingly, this petition is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __08/13/2025__

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*